UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br><br> and <br><br> FEDERAL BUREAU OF INVESTIGATION, <br> 935 Pennsylvania Avenue NW <br> Washington, DC 20535 <br><br> *Defendants.* | Case No. 24-0454 |

## COMPLAINT

1. Plaintiff American Oversight brings this action against the U.S. Department of Justice and the Federal Bureau of Investigation under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4. American Oversight timely appealed Defendant Federal Bureau of Investigation's adverse determinations pursuant to 5 U.S.C. § 552(a)(6)(A)(i)(III)(aa), and has therefore properly exhausted all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(A)(ii) and is now entitled to judicial review of the agency's actions.

5. Because Defendant U.S. Department of Justice has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from continuing to withhold agency records and ordering the production of agency records improperly withheld.

**PARTIES**

6. Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and requests for public records under FOIA, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

7. Defendant U.S. Department of Justice (DOJ) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). DOJ has possession, custody, and control of records that American Oversight seeks.

8. Defendant Federal Bureau of Investigation (FBI) is a component of DOJ and is also headquartered in Washington, DC, with field offices across the country. The FBI has possession, custody, and control of records that American Oversight seeks.

## STATEMENT OF FACTS

9. On March 8, 2023, American Oversight submitted a FOIA request to the DOJ Criminal Division and a FOIA request to the FBI, each seeking access to the following records:

> 1. All FBI form 302s reflecting the content of all interviews conducted as a part of the government's investigation of Congressman Matt Gaetz, including investigations into allegations of sex trafficking or obstruction of justice, as well as any investigation of other potential violations related to those investigations. Specifically, this request seeks 302s from the investigation(s) that Congressman Matt Gaetz's office has announced has concluded.
>
> 2. All other records intended to summarize, memorialize, or record witness interviews or witness statements collected or used in the investigation(s) described in Item 1, including written proffers, written summaries of oral proffers, transcripts or recordings of any witness interviews or statements, and any other record summarizing, memorializing, or reproducing the content of witness interviews or statements collected or used in connection with the above-described investigations.

10. American Oversight requested all responsive records from January 1, 2020, through the date the search is conducted.

*FBI's Processing of American Oversight's Request*

11. On March 15, 2023, FBI acknowledged American Oversight's request and assigned it tracking number 1586027-000.

12. By correspondence dated November 24, 2023, the FBI issued a purportedly final response to American Oversight's request, stating:

> The FBI has completed its search for records subject to the FOIA that are responsive to your request. The records on third party individual(s) you requested

are categorically denied pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). Please be advised that you have not sufficiently demonstrated that the public's interest in disclosure (relating to the operations and activities of the government) outweigh the personal privacy interests of these individual(s). While the existence of FBI records is acknowledged, the records are exempt from disclosure as processing these third party records would constitute an unwarranted invasion of personal privacy. As a result, your request is closed.

13. By letter dated December 22, 2023, American Oversight appealed the FBI's adverse determinations, objecting to the agency's improper withholding in full of records under Exemptions (b)(6) and (b)(7)(C) and for its failure to conduct a reasonable search. A copy of American Oversight's appeal is attached hereto as Exhibit 1 and incorporated herein.

14. The FBI received American Oversight's December 22, 2023 appeal on January 3, 2024. *See* attached Exhibit 2.

15. As of the date of this filing, American Oversight has received no further communication regarding its FOIA request or administrative appeal from the FBI.

*DOJ Criminal Division's Processing of American Oversight's Request*

16. On June 5, 2023, the DOJ Criminal Division acknowledged American Oversight's request and assigned it tracking number CRM-301927561.

17. As of the date of this filing, American Oversight has received no further communication regarding its FOIA request from the DOJ Criminal Division.

*Exhaustion of Administrative Remedies*

18. American Oversight timely appealed the FBI's adverse determinations by correspondence dated December 22, 2023, which the FBI received on or before January 3, 2024.

19. As of the date of this filing, the DOJ Criminal Division has failed to either (a) notify American Oversight of any determination regarding its FOIA request, including the scope of any responsive records the agency intends to produce or withhold and the reasons for any

withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

20. Through the DOJ Criminal Division's failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has exhausted its administrative remedies and now seeks immediate judicial review.

## COUNT I
## Violation of FOIA, 5 U.S.C. § 552
## Failure to Conduct Adequate Searches for Responsive Records

21. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

22. American Oversight properly requested records within the possession, custody, and control of Defendants.

23. Defendants are agencies subject to and within the meaning of FOIA, and they must therefore make reasonable efforts to search for requested records.

24. Defendants have failed to promptly and adequately search for records responsive to American Oversight's FOIA requests.

25. Defendants' failures to conduct adequate searches for responsive records violate FOIA.

26. Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA requests.

# COUNT II
## Violation of FOIA, 5 U.S.C. § 552
## Wrongful Withholding of Non-Exempt Responsive Records

27. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

28. American Oversight properly requested records within the possession, custody, and control of Defendants.

29. Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to its FOIA requests.

30. Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

31. Defendants' failure to provide all non-exempt responsive records violates FOIA.

32. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(2) Order Defendants to produce, within 20 days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to

American Oversight's FOIA requests with indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: February 16, 2024                    Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org
*Counsel for Plaintiff*