UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

### JOINT STATUS REPORT

Pursuant to the Court's June 25, 2024, Minute Order, Defendants Department of Justice ("the Department") and Federal Bureau of Investigation ("FBI") and Plaintiff American Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

### The Status of Plaintiff's FOIA Requests

On March 8, 2023, Plaintiff submitted a FOIA request to the Department's Criminal Division and the FBI, seeking records related to the government's investigation of Congressman Matt Gaetz. ECF No. 1 at 3.

The Department: The Department recently completed its search for records responsive to Plaintiff's FOIA request, and its preliminary review of the results and assessment of volume of potentially responsive records is ongoing. The Department anticipates being able to provide Plaintiff with an update on its review of potentially responsive records by September 10, 2024.

The FBI: The FBI responded to Plaintiff's FOIA request on November 24, 2023, and issued a final response stating that it completed the search for records and the records were categorically

denied pursuant to FOIA exemptions (b)(6) and (b)(7)(C). On December 22, 2023, Plaintiff appealed the FBI's determination. The FBI and Plaintiff have been meeting and conferring. The FBI will be conducting a Maydak review of the withheld documents and Plaintiff has agreed to exclude grand jury materials from its request. The FBI will be in a position to provide Plaintiff with a processing timeline within thirty days.

### The Anticipated Number of Documents Responsive to Plaintiff's FOIA Request

The Department respectfully refers the Court to the above paragraph.

The FBI respectfully refers the Court to the above paragraph.

### The Anticipated Date for Release of Documents Responsive to Plaintiff's FOIA Requests

The Department respectfully refers the Court to the above paragraph.

The FBI respectfully refers the Court to the above paragraph.

### Proposed Briefing Schedule for Dispositive Motions

The parties propose that the question of whether summary judgment motions will be filed in this matter, and a proposed briefing schedule for any such motions, be deferred until after Plaintiff has reviewed productions and the parties have had an opportunity to meet and confer with respect to any issues Plaintiff may identify with respect to the productions.

### Other Pertinent Issues

The parties propose that they be ordered to file a further Joint Status Report on or before September 23, 2024, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: July 25, 2024

/s/ Loree Stark
LOREE STARK
D.C. Bar #450171
AMERICAN OVERSIGHT
1030 15th Street NW Suite B255
Washington, DC 20005
(914) 393-4614
Loree.stark@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE, *et al.,*<br><br>    Defendants. | Civil Action No. 24-0454 (DLF) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

    ORDERED the parties shall file their next Joint Status Report on September 23, 2024, and every 60 days thereafter, with a proposal for further proceedings.

SO ORDERED:

_____                           _____
Dated                                                               United States District Judge