## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

## **PLAINTIFF'S OPPOSED MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff American Oversight respectfully moves this Court to issue a preliminary injunction enjoining Defendants from unlawfully impeding American Oversight's access to records that must be made available under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). American Oversight seeks injunctive relief ordering Defendants to process all records and produce all non-exempt responsive documents, along with a *Vaughn* index describing all withholdings and redactions, by December 16, 2024, and to order an expedited briefing schedule to commence shortly after on any remaining contested withholdings or exemptions.

American Oversight's request seeks records with the potential to shed light on investigations into the person that President-Elect Donald Trump is expected to nominate to be the next Attorney General of the United States. The records requested will allow American Oversight to inform the public about matters of immense public importance, and further delay by Defendants in complying with their statutory obligations will irreparably harm American Oversight and the public it seeks to serve.

Pursuant to Local Rule 7(m), counsel for Plaintiff conferred with counsel for Defendants; the parties could not reach an agreement and Defendants oppose the relief sought in this motion.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction. Pursuant to Local Rule 65.1(d), American Oversight asks that the Court schedule a hearing on this Motion at the Court's earliest convenience.

Dated: November 19, 2024	Respectfully submitted,

/s/ Loree Stark
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(304) 913-6114
loree.stark@americanoversight.org

*Counsel for Plaintiff*