UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff American Oversight hereby withdraws its Motion for a Preliminary Injunction, filed with the Court on November 19, 2024, ECF No. 12, which sought expedited processing, production, and briefing following President-elect Trump's announcement that he selected Matt Gaetz, the subject of the documents at issue in this case, as his nominee to be the next U.S. Attorney General. In light of Mr. Gaetz's announcement today that he is withdrawing his name for consideration of the position,[1] Plaintiff withdraws its Motion.

Dated: November 21, 2024

Respectfully submitted,

*/s/ Loree Stark*
LOREE STARK
D.C. Bar #90021926
AMERICAN OVERSIGHT
1030 15th Street NW Suite B255
Washington, DC 20005
(304) 913-6114
loree.stark@americanoversight.org
*Counsel for Plaintiff*

---

[1] Matt Gaetz (@MattGaetz), X (Nov. 21, 2024, 12:24 PM), https://x.com/mattgaetz/status/1859649045553402285.