UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.,*<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

### JOINT STATUS REPORT

Pursuant to the Court's September 23, 2024, Minute Order, Defendants Department of Justice ("the Department") and Federal Bureau of Investigation ("FBI") and Plaintiff American Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case.

1. On March 8, 2023, Plaintiff submitted a FOIA request to the Department's Criminal Division and the FBI, seeking records related to the government's investigation of Congressman Matt Gaetz. ECF No. 1 at 3.

2. The Department completed its search for records responsive to Plaintiff's FOIA request, is continuing to conduct a preliminary review of potentially responsive documents, which are located in a shared internal drive, and in an electronic review platform serving as a repository of potentially responsive documents. The Department has identified a voluminous number of potentially responsive documents and is conferring with Plaintiff regarding narrowing its request.

3. As previously reported, the FBI was in the process of conducting a *Maydak* review of the withheld documents and Plaintiff agreed to exclude grand jury materials from its request.

As of November 15, 2024, the FBI completed the *Maydak* review, and its processing of Plaintiff's FOIA request is complete.

4.  The parties will continue to meet and confer in an effort to narrow the issues in this matter that will require judicial intervention.

5.  The parties respectfully request that they be ordered to file a further Joint Status Report on or before January 21, 2025, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: November 22, 2024                          Respectfully submitted,

*/s/ Loree Stark*                                 MATTHEW M. GRAVES, D.C. Bar #481052
LOREE STARK                                       United States Attorney
D.C. Bar #90021926
AMERICAN OVERSIGHT                                BRIAN P. HUDAK
1030 15th Street NW Suite B255                    Chief, Civil Division
Washington, DC 20005
(304) 913-6114                                    By:  */s/ Kaitlin K. Eckrote*
Loree.stark@americanoversight.org                 KAITLIN K. ECKROTE
                                                  D.C. Bar #1670899
                                                  Assistant United States Attorney
*Counsel for Plaintiff*                           601 D Street NW
                                                  Washington, D.C. 20530
                                                  (202) 252-2485
                                                  Kaitlin.eckrote@usdoj.gov

                                                  *Counsel for the United States of America*