UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 24-0454 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's November 22, 2024, Minute Order, Defendants Department of Justice ("the Department") and Federal Bureau of Investigation ("FBI") and Plaintiff American Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case.

1. On March 8, 2023, Plaintiff submitted a FOIA request to the Department's Criminal Division and the FBI, seeking records related to the government's investigation of Congressman Matt Gaetz. ECF No. 1 at 3.

2. As previously reported, the Department completed its search for records responsive to Plaintiff's FOIA request and has identified a voluminous number of potentially responsive documents.

3. The Department has completed its preliminary review of potentially responsive documents in both the shared internal drive and the electronic review platform (Relativity) and continues to work on efficiently de-duplicating the documents across both locations. The Department will be able to provide an update on the de-duplication process within 60 days.

4.  As previously reported, the FBI was in the process of conducting a *Maydak* review of the withheld documents and Plaintiff agreed to exclude grand jury materials from its request. As of November 15, 2024, the FBI completed the *Maydak* review, and its processing of Plaintiff's FOIA request is complete.

5.  The parties will continue to meet and confer in an effort to narrow the issues in this matter that will require judicial intervention.

6.  The parties respectfully request that they be ordered to file a further Joint Status Report on or before March 24, 2025, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: January 21, 2025                                   Respectfully submitted,

/s/ *Loree Stark*                                                EDWARD R. MARTIN, JR., D.C. Bar #481866
LOREE STARK                                                United States Attorney
D.C. Bar #90021926
AMERICAN OVERSIGHT                             BRIAN P. HUDAK
1030 15th Street NW Suite B255                  Chief, Civil Division
Washington, DC 20005
(914) 393-4614                                                  By: /s/ *Kaitlin K. Eckrote*
Loree.stark@americanoversight.org         KAITLIN K. ECKROTE
                                                                          D.C. Bar #1670899
                                                                          Assistant United States Attorney
*Counsel for Plaintiff*                                      601 D Street NW
                                                                          Washington, D.C. 20530
                                                                          (202) 252-2485
                                                                          Kaitlin.eckrote@usdoj.gov

                                                                          *Counsel for the United States of America*