UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's March 23, 2025, Minute Order, Defendants Department of Justice ("the Department") and Federal Bureau of Investigation ("FBI") and Plaintiff American Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case.

1. On March 8, 2023, Plaintiff submitted a FOIA request to the Department's Criminal Division and the FBI, seeking records related to the government's investigation of Congressman Matt Gaetz. ECF No. 1 at 3.

2. As previously reported, the Department completed its search for records responsive to Plaintiff's FOIA request and has identified a voluminous number of potentially responsive documents. The Department has also completed its preliminary review of those potentially responsive documents in both the shared internal drive and the electronic review platform (Relativity).

3. Since the last Joint Status Report, the Department has completed its de-duplication review of records across both locations. The records are currently under further review, including

for exemption application and consultation with other Department components and other federal agencies that may have equities in the records. The Department will be able to provide a further update on the status of this review within 60 days.

4. As previously reported, the FBI was in the process of conducting a *Maydak* review of the withheld documents and Plaintiff agreed to exclude grand jury materials from its request. As of November 15, 2024, the FBI completed the *Maydak* review, and its processing of Plaintiff's FOIA request is complete.

5. The parties will continue to meet and confer in an effort to narrow the issues in this matter that will require judicial intervention.

6. The parties respectfully request that they be ordered to file a further Joint Status Report on or before July 22, 2025, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: May 23, 2025                               Respectfully submitted,

*/s/ Loree Stark*                                  JEANINE FERRIS PIRRO
LOREE STARK                                        United States Attorney
D.C. Bar #90021926
AMERICAN OVERSIGHT                                 By: */s/ Kaitlin K. Eckrote*
1030 15th Street NW Suite B255                     KAITLIN K. ECKROTE
Washington, DC 20005                               D.C. Bar #1670899
(914) 393-4614                                     Assistant United States Attorney
Loree.stark@americanoversight.org                  601 D Street NW
                                                   Washington, D.C. 20530
*Counsel for Plaintiff*                            (202) 252-2485
                                                   Kaitlin.eckrote@usdoj.gov

                                                   *Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED the parties shall file their next Joint Status Report on July 22, 2025, and every 60 days thereafter, with a proposal for further proceedings.

SO ORDERED:

_____          _____
Dated                                                                  United States District Judge