UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.,*<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 23, 2025, Minute Order, Defendants Department of Justice ("the Department") and Federal Bureau of Investigation ("FBI") and Plaintiff American Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case.

1. On March 8, 2023, Plaintiff submitted a FOIA request to the Department's Criminal Division and the FBI, seeking records related to the government's investigation of Congressman Matt Gaetz. ECF No. 1 at 3.

2. As previously reported, the Department completed its search for records responsive to Plaintiff's FOIA request and has identified a voluminous number of potentially responsive documents. The Department has also completed its preliminary review of those potentially responsive documents in both the shared internal drive and the electronic review platform (Relativity).

3. Since the last Joint Status Report, the Department has been delayed in its processing of the de-duplicated records, due to the delay caused by the lapse in government appropriations.

The Department will continue to review the de-duplicated records and anticipates setting a production schedule within 60 days.

4. As previously reported, the FBI was in the process of conducting a *Maydak* review of the withheld documents and Plaintiff agreed to exclude grand jury materials from its request. As of November 15, 2024, the FBI completed the *Maydak* review, and its processing of Plaintiff's FOIA request is complete.

5. The parties will continue to meet and confer in an effort to narrow the issues in this matter that will require judicial intervention.

6. The parties respectfully request that they be ordered to file a further Joint Status Report on or before February 6, 2026, and every sixty days thereafter, until processing is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: December 8, 2025                                Respectfully submitted,

*/s/ Loree Stark*                                             JEANINE FERRIS PIRRO
LOREE STARK                                              United States Attorney
D.C. Bar #90021926
AMERICAN OVERSIGHT                           By:  */s/ Kaitlin K. Eckrote*
1030 15th Street NW Suite B255                  KAITLIN K. ECKROTE
Washington, DC 20005                                D.C. Bar #1670899
(914) 393-4614                                              Assistant United States Attorney
Loree.stark@americanoversight.org            601 D Street NW
                                                                       Washington, D.C. 20530
*Counsel for Plaintiff*                                    (202) 252-2485
                                                                       Kaitlin.eckrote@usdoj.gov

                                                                       *Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.,*<br><br>Defendants. | Civil Action No. 24-0454 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED the parties shall file their next Joint Status Report on February 6, 2026, and every 60 days thereafter, with a proposal for further proceedings.

SO ORDERED:

_____              _____
Dated                                                                   United States District Judge