UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.,* <br><br> Defendants. | Civil Action No. 24-0454 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's April 7, 2026, Minute Order, Defendants Department of Justice ("the Department") and Federal Bureau of Investigation ("FBI") and Plaintiff American Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case.

1.      On March 8, 2023, Plaintiff submitted a FOIA request to the Department's Criminal Division and the FBI, seeking records related to the government's investigation of Congressman Matt Gaetz. ECF No. 1 at 3.

2.      As previously reported, the Department completed its search for records responsive to Plaintiff's FOIA request and has identified a voluminous number of potentially responsive documents. The Department has also completed its preliminary review of those potentially responsive documents in both the shared internal drive and the electronic review platform (Relativity).

3.      Since the last Joint Status Report, the Department provided Plaintiff with its second interim response on June 8, 2026, and anticipates providing Plaintiff with its third interim response by August 7, 2026.

4.      As previously reported, the FBI issued a categorical denial of Plaintiff's request pursuant to FOIA Exemptions 6 and 7(C) and conducted a *Maydak* review of the withheld documents that was completed on November 12, 2024. Plaintiff also previously agreed to exclude grand jury materials from its request. The FBI then learned of new public information which caused it to reevaluate its categorical denial. The FBI is no longer asserting a categorical denial and is processing records. The FBI sent its first release on March 2, 2026, and its second release on April 2, 2026. The second release constituted the FBI's final release pending consult returns from other government agencies.

5.      The parties will continue to meet and confer in an effort to narrow the issues in this matter that will require judicial intervention.

6.      The parties respectfully request that they be ordered to file a further Joint Status Report on or before August 7, 2026, and every sixty days thereafter, until processing is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: June 8, 2026                                  Respectfully submitted,

/s/ Loree Stark                                          JEANINE FERRIS PIRRO
LOREE STARK                                          United States Attorney
D.C. Bar #90021926
AMERICAN OVERSIGHT                        By:  /s/ Kaitlin K. Eckrote
1030 15th Street NW Suite B255              KAITLIN K. ECKROTE
Washington, DC 20005                            D.C. Bar #1670899
(914) 393-4614                                         Assistant United States Attorney
Loree.stark@americanoversight.org         601 D Street NW
                                                                   Washington, D.C. 20530
Counsel for Plaintiff                               (202) 252-2485
                                                                   Kaitlin.eckrote@usdoj.gov

2

3

*Counsel for the United States of America*